

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | | |
|---|---|---|
| SALLIE C. WRIGHT, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:24-0011-MGL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**AND SUMMARILY DISMISSING CASE WITHOUT PREJUDICE**

---

Plaintiff Sallie C. Wright (Wright) filed this action against Defendant Christanna Ingram-Hofer (Ingram-Hofer). The Magistrate Judge subsequently substituted Defendant United States of America (the government) for Ingram-Hofer. Wright is representing herself.

This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending the Court summarily dismiss this case without prejudice for failure to prosecute and, accordingly, deem the government's pending motion to dismiss as moot. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 29, 2024. To date, Wright has failed to file any objections.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court this case is summarily **DISMISSED WITHOUT PREJUDICE** and the government's pending motion to dismiss is accordingly **DEEMED AS MOOT**.

**IT IS SO ORDERED**.

Signed this 4th day of April 2024, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*
**NOTICE OF RIGHT TO APPEAL**

Alston is hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.